UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SYNTHES USA SALES, LLC | ) |
| | ) |
| v. | ) NO. 3:10-1102 |
| | ) JUDGE SHARP |
| GREGORY TAYLOR, et al., | ) |
| | ) |

## ORDER

Pending before the Court is Defendants' Motion to Ascertain Status of Summary Judgment Deadline. (Docket No. 117).

The motion is GRANTED and the dispositive motion deadline and other pretrial deadlines will be addressed, if needed, when the Court issues a ruling on the pending dispositive motions.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE