UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SYNTHES USA SALES, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-1102 |
| | ) Judge Sharp |
| GREGORY W. TAYLOR and | ) |
| MORGANGRAY MEDICAL, LLC, | ) |
| Defendants. | ) |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) Defendants' Motion to Strike Plaintiff's Second Amended Complaint is hereby DENIED;

(2) Plaintiff's Motion for Leave to File the Second Amended Complaint (Docket No. 65), filed as an alternative request in its Response to Defendant's Motion to Strike, is hereby GRANTED;

(3) Defendant's Motion to Dismiss (Docket No. 46) is hereby DENIED AS MOOT; and

(4) This case is hereby RETURNED to Magistrate Judge Griffin in accordance with this Court's prior Order (Docket No. 118) for the resetting of dispositive motions and pretrial deadlines, if necessary.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE