IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SYNTHES USA SALES, LLC )
) No. 3-10-1102
v. )
)
GREGORY W. TAYLOR; and )
MORGANGRAY MEDICAL LLC )

O R D E R

During the telephone conference call with counsel for the parties and the Court on June 11, 2012, the deadline for filing dispositive motions was extended from July 2, 2012, as provided in the order entered April 19, 2012 (Docket Entry No. 134), to July 11, 2012, but that extension was inadvertently not included in the order entered June 14, 2012 (Docket Entry No. 143).

Therefore, the deadline for filing dispositive motions was extended to July 11, 2012. On July 11, 2012, the defendants filed a motion for partial summary judgment (Docket Entry No. 152), and the plaintiff filed a motion for summary judgment (Docket Entry No. 169).

As further addressed on June 11, 2012, the parties shall have until August 1, 2012, to file responses to the pending motions for summary judgment. Any reply, shall be filed within 14 days of the filing of the response or by August 15, 2012, if the response is filed on August 1, 2012.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge